IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN COUCH,

    Petitioner,

v.                                       CASE NO. 25-3037-JWL

STATE OF KANSAS,

    Respondent.

## MEMORANDUM AND ORDER

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2241. Petitioner, a pretrial detainee at the Saline County Jail in Salina, Kansas, proceeds pro se. The Court screened the Petition (Doc. 1) under Rule 4 of the Rules Governing Habeas Corpus Cases, foll. 28 U.S.C. § 2254, and entered a Memorandum and Order to Show Cause (Doc. 4) directing Petitioner to show good cause why this matter should not be dismissed under the abstention doctrines set forth in *Younger v. Harris*, 401 U.S. 37 (1971), and *Ex Parte Royall*, 117 U.S. 241 (1886).

This matter is before the Court on Petitioner's Motion to Voluntarily Withdraw Petition for Writ of Habeas Corpus (Doc. 5). Petitioner acknowledges that the Petition is subject to dismissal and asks the Court to allow him to voluntarily withdraw the Petition so that he may refile when the issues are ready for review. The Court grants the motion and dismisses the Petition without prejudice.

**IT IS THEREFORE ORDERED BY THE COURT** that Petitioner's Motion to Voluntarily Withdraw Petition for Writ of Habeas Corpus (Doc. 5) is **granted.**

**IT IS FURTHER ORDERED** that the Petition is **dismissed without prejudice.**

**IT IS SO ORDERED**.

Dated April 24, 2025, in Kansas City, Kansas.

                                                                   S/   John W. Lungstrum
                                                                   JOHN W. LUNGSTRUM
                                                                   UNITED STATES DISTRICT JUDGE